# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANCISCO RIVERA-MONTANEZ, :
:
    Petitioner :
v. : 3:13-CV-2964
: (JUDGE MARIANI)
JOHN KERESTES, :
:
    Respondent :

## ORDER

AND NOW, THIS 21ST DAY OF DECEMBER, 2017, upon review of Magistrate Judge Saporito's Report & Recommendation ("R&R") (Doc. 14) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 14) is **ADOPTED** for the reasons explained therein.

2. Petitioner Rivera-Montanez's Petition for a Writ of Habeas Corpus (Doc. 1) is **DENIED** and the action is **DISMISSED WITH PREJUDICE**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge